**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-10544 |
| Plaintiff - Appellee, | D.C. No. 1:11-cr-00937-SOM |
| v. | |
| DAVID VERDEN WILLIAMS, Jr., a.k.a. David Verden Williams, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Hawaii
Susan Oki Mollway, Chief Judge, Presiding

Submitted July 22, 2014[**]

Before:    GOODWIN, CANBY, and CALLAHAN, Circuit Judges.

David Verden Williams, Jr., appeals from the district court's judgment and

challenges his guilty-plea conviction and 151-month sentence for bank robbery, in

violation of 18 U.S.C. § 2113(a).  Pursuant to *Anders v. California*, 386 U.S. 738

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

(1967), Williams's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. Williams has submitted a pro se supplemental brief. The government has filed a motion to dismiss the appeal on the basis of the appellate waiver in the parties' plea agreement.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief as to Williams's conviction. We accordingly affirm Williams's conviction.

Williams has waived the right to appeal his sentence. Because the record discloses no arguable issue as to the validity of the sentencing waiver, we dismiss Williams's appeal as to his sentence. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009).

Counsel's motion to withdraw is **GRANTED**.

The government's motion to dismiss the appeal is **GRANTED in part and DENIED in part.**

All other pending motions are **DENIED.**

**AFFIRMED in part; DISMISSED in part.**